IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARYAM E. MUHAMMAD,

    Plaintiff,　　　　　　　　　　　　　　　　ORDER

v.　　　　　　　　　　　　　　　　　　　　　　　15-cv-41-wmc

BEVERLY LOUIS, *et al.*,

    Defendants.

---

    Plaintiff Maryam E. Muhammad, also known as Miriam E. Briggs-Muhammad, has filed a proposed civil action under 42 U.S.C. § 1983, against several employees of the City of Madison Section 8 housing program. She requests leave to proceed without pre-payment of the filing fee. On December 18, 2013, the court dismissed a case filed previously by the plaintiff. *See Briggs-Muhammad v. SSM Healthcare Corp.*, Case No. 13-cv-831-wmc. After finding that the complaint was legally frivolous and malicious, the court ordered plaintiff to pay the full amount of the filing fee for indigent litigants ($350) and advised her that no further civil actions would be considered until she paid the full amount. The Seventh Circuit also found plaintiff's action and ensuing appeal frivolous and affirmed the dismissal order. *See Briggs-Muhammad v. SSM Healthcare Corp.*, No. 13-3909 (7th Cir. June 30, 2014).

    To date, plaintiff has not paid the full amount of the filing fee in Case No. 13-cv-831. Until she complies with the court order to do so, plaintiff's motion for leave to proceed will be denied and this case will be administratively closed.

ORDER

IT IS ORDERED that:

1. Plaintiff Maryam E. Muhammad's motion for leave to proceed *in forma pauperis* (dkt # 2) is DENIED and this case is administratively CLOSED.

2. For this case to proceed, plaintiff must pay the full amount of the filing fee imposed ($350) in Case No. 13-cv-831. Once she has complied as directed, plaintiff may file a motion to re-open this case.

Entered this 21st day of January, 2015.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge