IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARYAM E. MUHAMMAD,

           Plaintiff,                        ORDER

v.                                               15-cv-41-wmc

BEVERLY LOUIS, *et al.*,

           Defendants.

---

Plaintiff Maryam E. Muhammad, also known as Miriam Briggs-Muhammad, filed a proposed civil action pursuant to 42 U.S.C. § 1983, against several employees of the City of Madison Section 8 housing program. She requested leave to proceed without prepayment of the filing fee. On January 21, 2015, the court denied that request and closed this case after noting that plaintiff had failed to comply with a sanction imposed against her in another case. After dismissing a previous case filed by plaintiff as legally frivolous and malicious, the court directed her to pay the entire filing fee for indigent litigants ($350) and advised her that no new civil actions would be considered until the full amount was paid. *See Briggs-Muhammad v. SSM Healthcare Corp.*, Case No. 13-cv-831-wmc (Dkt. #3, Dec. 18, 2013). The Seventh Circuit found plaintiff's appeal frivolous and affirmed the judgment in that case in an unpublished decision. *See Briggs-Muhammad v. SSM Healthcare Corp.*, No. 13-3909 (7th Cir. June 30, 2014).

To date, plaintiff has not paid the full amount of the filing fee as directed in Case No. 13-cv-831-wmc. Instead, plaintiff has filed a motion to reopen this case while allowing her to pay the filing fee in that case in monthly installments. Plaintiff's request will be granted, in

part. The court will grant her request for leave to pay the filing fee in Case No. 13-cv-831-wmc by installment. Consistent with the sanction order entered in that case, however, the court will not consider reopening this case until the full amount is paid. Accordingly, her motion to reopen will be denied at this time.

ORDER

IT IS ORDERED that:

1. Plaintiff Maryam E. Muhammad's request for leave to pay the filing fee in Case No. 13-cv-831-wmc by installment (dkt. # 4) is GRANTED.

2. Plaintiff's motion to reopen this case (dkt. # 4) is DENIED at this time. The court will reconsider whether to reopen this case once the full filing fee is paid in Case No. 13-cv-831-wmc.

Entered this 23rd day of February, 2015.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge