IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARYAM E. MUHAMMAD ,

    Plaintiff,

v.

BEVERLY LOUIS, et al. ,

    Defendants.

ORDER

Case No. 15-cv-41-wmc

In response to this court's April 8, 2016 order, plaintiff Maryam E. Muhammad has submitted an amended affidavit of indigency and request to proceed without prepaying the filing fee. After considering plaintiff's affidavit of indigency, I find that plaintiff is unable to prepay the fees and costs of commencing this action or to give security therefor. Therefore, plaintiff's case will be reopened and the complaint taken under advisement for screening pursuant to 28 U.S.C. §1915(e)(2).

ORDER

IT IS ORDERED that:

1.    Plaintiff Maryam E. Muhammad's motion to reopen this case is GRANTED.

2.    Plaintiff's motion to proceed without prepayment of the filing fee is GRANTED.

3.    No further action will be taken in this case until the court has screened the complaint pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Once the

screening process is complete, a separate order will issue.

    Entered this 13th day of April, 2016.

                              BY THE COURT:

                              /s/
                              PETER OPPENEER
                              Magistrate Judge