IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARYAM E. MUHAMMAD,

    Plaintiff,

v.

BEVERLY LOUIS, TOM CONRAD,
SHEILA ASHLEY, JOHN FINGER and
HOUSING AND URBAN DEVELOPMENT,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-41-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 7/5/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |