# NOTICE OF APPEAL TO A COURT OF APPEALS
# FORM A JUDGEMENT OR ORDER OF A DISTRICT COURT

UNITED STATE DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2018 JUL 18 PM 4: 25
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

A.B.,

MARYAM E. MUHAMMAD    FILE NUMBER 15-CV-41-WMC

PLAINTIFF(s),

NOTICE OF APPEAL

C.D., BEVERLY LOUIS ETAL,

DEFENDANT(S)

Notice is hereby given that (here name all parties taking the appeal) (plaintiffs) (defendant(s) in the above named case, * hereby appeal to the United States Court of Appeals for the

____Seventh_____ Circuit (from the final judgement ) (from an order ( GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, DENYING PLAINTIFF, Maryam E. Muhammad's motion to amend and, DISMISSING CASE NO. 15 - CV- 41-WMC

*Maryam E. Muhammad*
July 18, 2018